McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES LEE NOVAK,<br><br>        Defendant. | Case No. 1:20-mj-00077-SAB<br><br>NOTICE OF HEARING CHANGE AND ORDER TO APPEAR *AND* CERTIFICATE OF SERVICE BY MAIL<br><br>CVB DATE:   August 27, 2020<br>TIME:          9:00 a.m.<br>COURTROOM: 9<br><br>The Honorable Stanley A. Boone |

NOTICE IS HEREBY GIVEN that the CVB hearing date of August 20, 2020, has been moved to August 27, 2020. Plaintiff, United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby requests that Defendant, James Lee Novak, be given notice and be ordered to appear at the new CVB hearing date of August 27, 2020, at 9:00 a.m., before the Honorable Magistrate Judge Stanley A. Boone.

DATED: August 4, 2020                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                    By:  /s/  William Taylor
                                         WILLIAM B. TAYLOR
                                         Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that inasmuch as the CVB hearing date of August 20, 2020, has been moved to August 27, 2020, Defendant is hereby ordered to appear on August 27, 2020, at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **August 4, 2020**

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on August 4, 2020, a copy of the NOTICE OF HEARING CHANGE AND [PROPOSED] ORDER TO APPEAR *AND* CERTIFICATE OF SERVICE BY MAIL was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

Addressee(s):

James Lee Novak
313 West Pilot Avenue
Bakersfield, California 93308

/s/ F. DaSILVA
F. DaSILVA