1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  JAMES L. NOVAK

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case 1:20-mj-00077-SAB |
|----|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | **CONSENT TO APPEAR BY TELEPHONE** |
| 14 | JAMES L. NOVAK, | |
| 15 | Defendant. | |

17     I, James L. Novak, understand that under the Federal Rules of Criminal Procedure and the
18 United States Constitution, I have a right to be present in open court for my status hearing in this
19 case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby
20 consent to appear by telephone for the hearing currently set for November 19, 2020.

21

22 Dated: November 18, 2020          */s/ Matthew Lemke*
                                     MATTHEW LEMKE
23                                   Assistant Federal Defender
                                     Attorney for Defendant
24                                   JAMES L. NOVAK

25

26 Dated:  November 18, 2020         */s/ James L. Novak*
                                     JAMES L. NOVAK
27                                   Defendant

28

## **ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, James L. Novak is permitted to appear by telephone for the status hearing scheduled to take place on November 19, 2020.

IT IS SO ORDERED.

Dated: __November 18, 2020__

UNITED STATES MAGISTRATE JUDGE

Novak, J. [1:20-mj-00077-SAB]
Consent to Appear by Phone